THE FIFTH NATIONAL BANK of the City of New York, Respondent, *v.* THE CENTRAL NATIONAL BANK of the City of New York, Appellant.

*Fifth Nat. Bank* v. *Central Nat. Bank,* 82 Hun, 559, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered December 22, 1894, which overruled defendant's exceptions ordered to be heard in the first instance at General Term, and directed judgment for plaintiff on a verdict directed by the court.

*Gibson Putzel* for appellant.

*W. C. Beecher* and *R. B. Kelly* for respondent.

Judgment affirmed on opinion below, with costs.
All concur.

---

EARL G. WATROUS, Respondent, *v.* THE WALTER A. WOOD MOWING AND REAPING MACHINE COMPANY, Appellant.

*Watrous* v. *W. A. Wood M. & R. M. Co.,* 84 Hun, 607, affirmed.
(Argued March 3, 1897; decided March 16, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered February 18, 1895, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George B. Wellington* for appellant.

*James Lansing* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.